AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

THOMAS A. CURTIS,
        Petitioner,

v.

KENNETH QUINN,
        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-07-0315-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the Respondent pursuant to the Order Denying Petition Under 28 U.S.C. 2254 for Writ of Habeas Corpus by a Person in State Custody filed September 11, 2008, Ct. Rec. 24.

September 11, 2008
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas